

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-18-00979-CR

**EX PARTE JOSE JAIME DE HOYOS,**
Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 3684
David R. Saucedo, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The appellee's brief is due on March 20, 2019. An appeal from denial of petition for habeas corpus relief is treated as an accelerated appeal. See Tex. R. App. P. 38.6, 31.1.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court